IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LUIS MONDRAGON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 24-2519-DDC-GEB |
| | ) |
| SUMMAR FINANCIAL, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on Plaintiff's Motion for Leave to File Amended Complaint ("Motion") **(ECF No. 18).** Upon review of Defendants' Response (ECF No. 19), the Court finds the Motion is unopposed. However, the proposed Amended Complaint which now only relies upon the diversity of the parties as the basis for subject matter jurisdiction, fails to appropriately plead the citizenship of the parties.

Plaintiff is alleged to be "an individual residing in Leawood, Kansas." An individual "is a citizen of a state if the person is domiciled in that state."[1] Domicile is established by "physical presence in a place with a certain state of mind concerning one's intent to remain there."[2] Defendant is alleged to be "a limited liability company organized and existing under the laws of the state of Florida." However, as an unincorporated entity, Plaintiff must allege "the citizenship of 'all [its] members.'"[3] The parties shall confer regarding the

---

[1] *Middleton v. Stephenson, 749 F.3d 1197, 1200 (10th Cir. 2014)* (citing *Crowley v. Glaze*, 710 F.2d 676, 678 (10th Cir. 1983).
[2] *Mississippi Band of Choctaw Indians v. Holyfield*, 490 U.S. 30, 48 (1989).
[3] *Americold Realty Trust v. Conagra Foods, Inc.*, 577 U.S. 378, 381 (2016); see also *Siloam Springs Hotel* at 1234.

2

citizenship of the members of Defendant, Summar Financial LLC no later than **April 18, 2025**.

**IT IS THEREFORE ORDERED,** Plaintiff's Motion for Leave to File Amended Complaint (**ECF No. 18**) is **GRANTED as unopposed**. However, based upon the conferral directed above Plaintiff shall modify its Amended Complaint to appropriately plead the citizenship of all parties.

**IT IS FURTHER ORDERED**  Plaintiff shall file the Amended Complaint, modified as set forth above, no later than **April 23, 2025** and both Plaintiff and Defendant shall file Diversity Disclosures Statements which comply with Fed. R. Civ. P. 7.1 no later than **April 25, 2025.**

**IT IS SO ORDERED.**

Dated: April 11, 2025 at Wichita, Kansas.

s/ Gwynne E. Birzer  
GWYNNE E. BIRZER  
U.S. Magistrate Judge

322992240.2